Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★ ★ ★ ★ ★ ★ ★



# MEMORANDUM OPINION

No. 04-12-00003-CR

Christina **MASON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR3305B
Honorable Philip A. Kazen, Jr., Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
Karen Angelini, Justice
Sandee Bryan Marion, Justice

Delivered and Filed:  May 23, 2012

DISMISSED

Appellant has filed a motion to dismiss this appeal by withdrawing her notice of appeal.

The motion is granted, and this appeal is dismissed.  *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH